UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG R. BELL, individual d/b/a DESTINEE' – EPLORIUMS,<br><br>        Plaintiff,<br><br>v.<br><br>HARLEY-DAVIDSON MOTOR COMPANY, INC., a Wisconsin Corporation, *et al.*,<br><br>        Defendants.<br><br>and Related Counterclaim | Civil No. 05CV2151-L(BLM)<br><br>**ORDER (1) SETTING BRIEFING SCHEDULE ON PARTIES' SUMMARY JUDGMENT MOTIONS; AND (2) GRANTING IN PART PLAINTIFF'S REQUEST TO FILE A MEMORANDUM OF POINTS AND AUTHORITIES IN EXCESS OF PAGE LIMITATION** |

      Both parties have scheduled summary judgment motions for July 7, 2007. In addition Plaintiff and Counter-defendant ("Bell") filed an ex parte application requesting leave to file a memorandum of points and authorities in excess of the 25-page limitation set by the Civil Local Rules. The court is hereby setting a consolidated briefing schedule to facilitate orderly and efficient briefing with respect to both motions. In light of the condensed nature of the briefing, the court grants both sides leave to file memoranda of points and authorities in excess of the 25-page limit as provided below.

      1. No later than May 11, 2007, Defendants and Counter-claimants (collectively "Harley-Davidson") shall file motion papers in support of their summary judgment motion. Their memorandum of points and authorities shall not exceed 25 pages in length.

    2. No later than May 25, 2007, Bell shall file combined motion papers in support of his own summary judgment motion and in opposition to Harley-Davidson's motion. Bell shall file one combined memorandum of points and authorities, which shall not exceed 40 pages in length.

    3. No later than June 8, 2007 Harley-Davidson shall file a combined opposition to Bell's motion and reply in support of their motion. Harley-Davidson shall file one combined memorandum of points and authorities, which shall not exceed 30 pages in length.

    4. No later than June 15, 2007 Bell shall file a reply in support of his motion. The reply memorandum of points and authorities shall not exceed 10 pages in length.

    5. No later than June 22, the parties shall file one Joint Statement of Undisputed Facts, which shall contain undisputed facts pertaining to both motions.

    6. In all other respects, the parties shall comply with all applicable Federal Rules of Civil Procedure, Civil Local Rules of this District, and any other applicable rules and laws.

**IT IS SO ORDERED**.

DATED: May 9, 2007

                                        M. James Lorenz
                                        United States District Court Judge

COPY TO:

HON. BARBARA LYNN MAJOR
UNITED STATES MAGISTRATE JUDGE

ALL PARTIES/COUNSEL