UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG R. BELL, individual d/b/a DESTINEE' – EPLORIUMS,<br><br>     Plaintiff,<br><br>v.<br><br>HARLEY-DAVIDSON MOTOR COMPANY, INC., a Wisconsin Corporation, *et al.*,<br><br>     Defendants.<br><br>and Related Counterclaim | Civil No. 05CV2151-L(BLM)<br><br>**ORDER DENYING AS MOOT COUNTER-DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS** |

In light of Plaintiff and Counter-Defendant's comprehensive motion for summary judgment filed May 25, 2007, his motion for judgment on the pleadings is **DENIED AS MOOT**.

**IT IS SO ORDERED**.

DATED: June 4, 2007

                *M. James Lorenz*
                M. James Lorenz
                United States District Court Judge

COPY TO:

HON. BARBARA LYNN MAJOR
UNITED STATES MAGISTRATE JUDGE

ALL PARTIES/COUNSEL

05cv02151