UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG R. BELL, individual d/b/a DESTINEE' – EPLORIUMS,<br><br>        Plaintiff,<br><br>v.<br><br>HARLEY-DAVIDSON MOTOR COMPANY, INC., a Wisconsin Corporation, *et al.*,<br><br>        Defendants.<br><br>and Related Counterclaim | Civil No. 05CV2151-L(BLM)<br><br>**ORDER RE: ORAL ARGUMENT** |

    Currently scheduled on this Court's calendar for July 9, 2007 are the parties' cross-motions for summary judgment. The Court finds the motions suitable for determination on the papers and without oral argument in accordance with Civil Local Rule 7.1(d)(1). Accordingly, no appearances are required on July 9, 2007 and the motions will be deemed submitted as of that date.

    **IT IS SO ORDERED**.

DATED: July 2, 2007

                                               M. James Lorenz<br>
                                               United States District Court Judge

COPY TO:

HON. BARBARA LYNN MAJOR
UNITED STATES MAGISTRATE JUDGE

ALL PARTIES/COUNSEL